**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Noah Frochtzwajg, | ) | No. CV-11-1029-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| City of Tempe, Arizona, a municipality, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 56.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 10th day of October, 2012.

Stephen M. McNamee
Senior United States District Judge