**WO**

1
2
3
4
5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Noah Frochtzwajg,                    )    No. CV-11-1029-PHX-SMM
                                         )
10                  Plaintiff,           )
                                         )
11  vs.                                  )    **ORDER**
                                         )
12                                       )
    City of Tempe, Arizona, a municipality, et )
13  al.,                                 )
                                         )
14                  Defendants.          )
                                         )
15  _____     )

16          Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice.

17  (Doc. 56.)

18          Accordingly,

19          **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all

20  claims with all parties to bear their respective costs and attorney's fees.

21          DATED this 10th day of October, 2012.

22

23                                                 _____

24                                                      Stephen M. McNamee
                                                    Senior United States District Judge
25

26

27

28